# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141274 & (53)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

LOUIS KIRCOS,
      Plaintiff/Counter-Defendant-
      Appellant,

v

                                          SC: 141274
                                          COA: 288894

TONY WASLAWSKI and RHONDA
WASLAWSKI,
      Defendant/Counter-Plaintiffs-
      Appellees,

Lenawee CC: 07-072634-CH

and

SHARON SEELYE, GARY PORE, and MARY
PORE,
      Intervening Defendants/Counter-
      Plaintiffs-Appellees.

_____/

      On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the May 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010 _____

s1115                                         Clerk